ACCEPTED
03-15-00237-CR
6486847
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/13/2015 2:46:56 PM
JEFFREY D. KYLE
CLERK

## No. 03-15-00236-CR

**CHRISTOPHER RAY WEATHERSPOON,**  }
**Appellant**                       }
                                    }
                                    }       **IN THE COURT**
                                    }       **OF APPEALS**
                                    }       **OF THE THIRD**
**v.**                              }       **SUPREME JUDICIAL**
                                    }       **DISTRICT**
                                    }
**THE STATE OF TEXAS**              }

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/13/2015 2:46:56 PM
JEFFREY D. KYLE
Clerk

## MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:

Comes now John Kuchera, undersigned counsel for Appellant, pursuant to Rule 38.6(d) of the Texas Rules of Appellate Procedure, and files this motion for an extension of thirty (30) days in which to the file Appellant's brief in the above-entitled and numbered cause. In support of this motion, undersigned counsel would show the Court the following.

Appellant's brief is due today, August 13, 2015. Undersigned counsel recently finished appellate briefs in *U.S.A. v. Le*, Appeal No. 15-40399 in the Fifth Circuit Court of Appeals, *U.S.A. v. Arizmendi-Hernandez*, Appeal No. 15-40336 in the Fifth Circuit Court of Appeals, and *State of Texas v. Robert Kenneth Peters*, Appeal No. 10-15-00151-CR in the Tenth Court of Appeals. Counsel thus has not had time to complete Appellant's brief herein.

No other extensions have been requested.

WHEREFORE, PREMISES CONSIDERED, undersigned counsel requests that this Court grant an extension until September 14, 2015, for the filing of Appellant's brief herein.

Respectfully submitted,

/s/ John A. Kuchera
John A. Kuchera
210 N. 6th St.
Waco, Texas 76701
(254) 754-3075
(254) 756-2193 (facsimile)
SBN 00792137
johnkuchera@210law.com

Attorney for Appellant

## Certificate of Service

I certify that on the 13th day of August, 2015, I mailed the foregoing to:

Mr. Bob D. Odom
Assistant District Attorney
P.O. Box 540
Belton, TX 76513

/s/ John A. Kuchera
John A. Kuchera